**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-00447-SEP |
| | ) | |
| UNKNOWN TEABO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis on

appeal.  Doc. [9].  When this Court dismissed Plaintiff's case, it certified in writing that an

appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that

Plaintiff now seeks appellate review of any issue that is not frivolous.  *See Coppedge v. United*

*States*, 369 U.S. 438, 445 (1962).  The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis on

appeal (Doc. [9]) is **DENIED**.

Dated this 28th day of October, 2020.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

1